MKPARU, APPELLEE, *v.* OHIO HEART CARE, INC. ET AL., APPELLANTS.

[Cite as *Mkparu v. Ohio Heart Care, Inc.* (2000), 90 Ohio St.3d 1232.]

(No. 99–2276—Submitted October 18, 2000 at the Fairfield
County Session—Decided December 13, 2000.)

---

*Black, McCuskey, Souers & Arbaugh* and *Thomas W. Connors,* for appellee.

*Allen Schulman & Associates Co., L.P.A., Allen Schulman, Jr.,* and *Christopher J. Van Blargan; Craig T. Conley,* for appellants.

---

The cause is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

---

ALICE ROBIE RESNICK, J., dissenting. I would not dismiss this case as improvidently allowed, since this case involves substantial legal issues, which should be addressed. I would reverse the judgment of the court of appeals and reinstate the judgment of the trial court.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.